IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CALVIN BOYCE                                                                                    PLAINTIFF

v.                                          CIVIL NO. 24-5154

MARTIN J. O'MALLEY, Commissioner                                           DEFENDANT
Social Security Administration

**O R D E R**

On July 26, 2024, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (ECF No. 2). Plaintiff filed a request for leave to proceed *in forma pauperis* (IFP) on July 25, 2024. (ECF No. 3). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 26th day of July 2024:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**. (ECF No. 3). The Court hereby directs the Clerk of Court to serve a Notice of Electronic Filing of the Complaint to Defendant, Martin J. O'Malley, Commissioner, Social Security Administration, and Candace Taylor, Assistant U.S. Attorney for the Western District of Arkansas. FED. R. CIV. P. SUPP SS 3. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE