IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CALVIN BOYCE**                                                                                    **PLAINTIFF**

**V.**                                        **CASE NO. 5:24-CV-5154**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 21) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated September 2, 2025, regarding the Motion for Attorney's Fees (Doc. 19) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 19) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA in the amount of **$5,799.00**. This amount represents 20.7 hours of legal work during 2024 at the hourly rate of $245, 2.5 hours of legal work during 2025 at the hourly rate of $252, and 1.30 hours of paralegal time at the Western District's approved rate of $75.00 per hour.

**IT IS SO ORDERED** on this 17th day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE